JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVIZ NADJAT-HAIEM;<br>GUDRUN NADJAT-HAIEM<br><br>    Plaintiff,<br><br>v.<br><br>TRAVELERS COMMERCIAL<br>INSURANCE COMPANY<br><br>    Defendants.<br><hr><br>TRAVELERS COMMERCIAL<br>INSURANCE COMPANY<br><br>    Defendant and Counter-Claimant,<br><br>v.<br><br>PATRICK NADJAT-HAIEM,<br><br>    Defendant. | Case No. CV10-01252-AHM (PJWx)<br><br>**ORDER REGARDING<br>DISMISSAL WITH PREJUDICE** |

**ORDER REGARDING DISMISSAL WITH PREJUDICE**

LA10CV01252AHM-O.wpd

1  **GOOD CAUSE APPEARING** and the parties having so stipulated, this court
2  orders this action dismissed with prejudice.

4  Dated: August 16, 2011

_____
Howard A. Matz
Judge, United States District Court

**JS-6**

ADLER LAW GROUP
350 So. Figueroa St., Suite 557
Los Angeles, California 90071

**ORDER REGARDING DISMISSAL WITH PREJUDICE**

LA10CV01252AHM-O.wpd                    1